

# NUMBER 13-19-00351-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CHARLOTTE WILSON,                                                              Appellant,

v.

BAY HARBOR CHANNEL
OWNERS ASSOCIATION, INC.,                                                      Appellee.

### On appeal from the 156th District Court
### of San Patricio County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Perkes
### Memorandum Opinion by Justice Longoria

Appellant Charlotte Wilson filed a notice of appeal from a judgment entered by the

156th District Court of San Patricio County, Texas in cause number S-19-5107CV-B.

This cause is before the Court on appellant's amended motion to dismiss this appeal.

According to the motion, appellant has elected not to proceed with her appeal and she

requests that we dismiss the appeal. Appellee Bay Harbor Channel Owners Association, Inc. does not oppose the amended motion to dismiss.

The Court, having considered the documents on file and appellant's amended motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's amended motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NORA L. LONGORIA
Justice

Delivered and filed the
19th day of September, 2019.